IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:14-CR-432 |
| | ) |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| | ) |
| v. | ) |
| | ) |
| KENNETH A. GRANT, | ) **MOTION OF THE UNITED STATES OF** |
| | ) **AMERICA FOR A PRELIMINARY** |
| Defendant. | ) **ORDER OF FORFEITURE** |

The United States of America respectfully requests that the Court review and approve the attached proposed Preliminary Order of Forfeiture. Among other things, said proposed order is supported by the plea agreement (Dkt. No. 7) entered into between the United States and the defendant, Kenneth Grant.

                                            Respectfully submitted,

                                            Steven M. Dettelbach
                                            United States Attorney
                                            Northern District of Ohio

                         By:   /s/ James L. Morford_____
                              James L. Morford
                              Assistant United States Attorney
                              Reg. No. 0005657 (Ohio)
                              400 United States Court House
                              801 West Superior Avenue
                              Cleveland, Ohio 44113
                              216.622.3743
                              Fax: 216.522.7499
                              James.Morford@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 5th day of January, 2015, a copy of the foregoing Motion of the United States of America for a Preliminary Order of Forfeiture, with attached proposed Preliminary Order of Forfeiture and exhibits, was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ James L. Morford_____
James L. Morford
Assistant United States Attorney
Northern District of Ohio
